UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 97-41099, 97-41364
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

                versus

FRANK OTTESEN; ET AL.,

                              Defendants

KENNETH MASAT,

                              Defendant-Appellant
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee

                versus

FRANK OTTESEN; ET AL.,

                              Defendants

KENNETH MASAT; MARGARET OTTESON MASAT,

                              Defendants-Appellants


_____

Appeal from the United States District Court for the
Eastern District of Texas
(6:95-CV-528)
_____

July 20, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:*

    After repeated efforts to hinder and delay litigation brought
by the United States to recover unpaid taxes and to enforce tax
liens, appellants appeal the judgment of the district court in
favor of the United States.  Appellants also appeal the order of
the district court withdrawing the bankruptcy court reference and
lifting the automatic stay related to appellant Kenneth J. Masat's
bankruptcy petition, which was filed the day before the
Government's case was set for trial.  We affirm the actions of the
district court for the cogent and compelling reasons set forth in
its September 19, 1997, order.  And, with respect to the claim that
the appellant Margaret Masat has an interest in the fraudulently
conveyed property or nominee-owned property pursuant to the
community property laws of the State of Texas, we note that such
claim was not raised in the district court, has no support in the
record, and clearly does not constitute plain error.  The appeals
herein are patently frivolous and without merit.

    AFFIRMED.

---

*  Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.